IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKINSON et al.,

    Plaintiffs,                    No. CIV S-09-2257 DAD P

    vs.

BUTTE COUNTY
SHERIFF'S DEP'T et al.,        <u>ORDER AND</u>

    Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

/

        Plaintiffs, Butte County Jail inmates, are proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2010, the court ordered plaintiffs to file a second status report within thirty days of that order explaining whether California Forensic Medical Group has been served with plaintiffs' complaint. The court advised plaintiffs that under Federal Rule of Civil Procedure 4(m), the court – on motion or on its own after giving notice to plaintiff – must dismiss the action without prejudice against that defendant if defendant is not served within 120 days after the complaint is filed. The thirty day period has now expired, and plaintiffs have failed to file any response to the court's order to show cause.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

/////

Also, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice as to defendant California Forensic Medical Group.  <u>See</u> Fed. R. Civ. P. 4(m).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty-one days after being served with these findings and recommendations, plaintiffs may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 13, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
park2257.56.serv