IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,

        Plaintiff,                  No. CIV S-09-2257 MCE DAD P

    vs.

BUTTE COUNTY SHERIFF'S DEPT., et al.,

        Defendants.        ORDER

/

        This matter came before the court for a status conference on October 29, 2010. As an initial matter, plaintiff requested that ROES 1-10 be dismissed. Good cause appearing, the court will honor plaintiff's request. In addition, the court will set a schedule for this litigation. See Fed. R. Civ. P. 16(b).

        Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiffs ROES 1-10 are dismissed.

    2. All pretrial motions, except motions to compel discovery, shall be filed on or before April 6, 2012. Any motion so filed shall be briefed pursuant to Local Rule 230.

    3 Except as otherwise stated in this order, discovery shall be completed, and all motions pertaining to discovery shall be noticed for hearing, on or before August 31, 2011.

/////

1

4. Plaintiff shall disclose any experts on or before September 30, 2011. Defendants shall disclose any experts on or before October 15, 2011. Any supplemental experts shall be disclosed on or before November 5, 2011. All expert witness discovery, and all motions pertaining to expert witness discovery shall be noticed for hearing, on or before January 15, 2012.

5  Pretrial conference (as described in Local Rule 282) is set in this case for September 6, 2012, at 2:00 p.m. in Courtroom 7 before the Honorable Morrison C. England, Jr. Fourteen days before the date scheduled for the conference plaintiff shall file the statement required by Local Rule 281. Seven days before the conference defendants shall file their statement pursuant to the same rule. In addition to the material required by Local Rule 281, either party is invited to submit any suggestions it may have concerning the matters set forth in Local Rule 282.

6  This matter is set for jury trial before the Honorable Morrison C. England, Jr. on November 5, 2012, at 9:00 a.m. in Courtroom 7.

DATED: November 4, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
park2257.41aty(2)

2