UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRANT PARKISON,                          No. 2:09-cv-02257-MCE-DAD

      Plaintiff,

  v.                                     ORDER CONTINUING TRIAL

BUTTE COUNTY SHERIFF'S
DEPARTMENT, et al.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the November 5, 2012 jury trial is vacated and advanced to **June 25, 2012,** at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **April 19, 2012.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the September 6, 2012 Final Pretrial Conference is vacated and advanced to **May 3, 2012,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **April 12, 2012,** and shall comply with the procedures outlined in the Court's November 5, 2010 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in

///

1

pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **April 12, 2012**. Oppositions must be filed by **April 19, 2012**, and any reply must be filed by **April 26, 2012**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: November 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE