1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GRANT PARKISON,                    No. 2:09-cv-02257-MCE-DAD

12             Plaintiff,

13       v.                             ORDER CONTINUING TRIAL

14   BUTTE COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15
             Defendants.
16   _____/

17       YOU ARE HEREBY NOTIFIED the November 5, 2012 jury trial is

18   vacated and advanced to **June 25, 2012**, at **9:00 a.m.** in Courtroom

19   7.  The parties shall file trial briefs not later than **April 19,**

20   **2012.**  Counsel are directed to Local Rule 285 regarding the

21   content of trial briefs.

22       Accordingly, the September 6, 2012 Final Pretrial Conference

23   is vacated and advanced to **May 3, 2012**, at **2:00 p.m.** in Courtroom

24   7.  The Joint Final Pretrial Statement is due not later than

25   **April 12, 2012,** and shall comply with the procedures outlined in

26   the Court's November 5, 2010 Pretrial Scheduling Order.  The

27   personal appearances of the trial attorneys or person(s) in

28   ///

1

1  pro se is mandatory for the Final Pretrial Conference.

2  Telephonic appearances for this hearing are not permitted.

3      Any evidentiary or procedural motions are to be filed by

4  **April 12, 2012.**  Oppositions must be filed by **April 19, 2012,** and

5  any reply must be filed by **April 26, 2012.**  The motions will be

6  heard by the Court at the same time as the Final Pretrial

7  Conference.

8      IT IS SO ORDERED.

9

   Dated: November 4, 2011

10

11

12                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28