1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  GRANT S. PARKISON, JR.,            No. 2:09-cv-2257-MCE-DAD

12              Plaintiff,

13      v.                             AMENDED ORDER CONTINUING TRIAL

14  BUTTE COUNTY SHERIFF'S
    DEPARTMENT, ET AL.,
15
              Defendants.
16  _____/

17

18       YOU ARE HEREBY NOTIFIED the June 25, 2012 jury trial is

19  vacated and continued to **January 14, 2013,** at **9:00 a.m.** in

20  Courtroom 7.  The parties shall file trial briefs not later than

21  **November 1, 2012.**  Counsel are directed to Local Rule 285

22  regarding the content of trial briefs.

23       Accordingly, the May 3, 2012 Final Pretrial Conference is

24  vacated and continued to **November 15, 2012,** at **2:00 p.m.** in

25  Courtroom 7.  The Joint Final Pretrial Statement is due not later

26  than **October 25, 2012.**

27  ///

28  ///

1

1   The personal appearances of the trial attorneys or person(s) in

2   pro se is mandatory for the Final Pretrial Conference.

3   Telephonic appearances for this hearing are not permitted.

4       Any evidentiary or procedural motions are to be filed by

5   **October 25, 2012.**  Oppositions must be filed by **November 1, 2012**

6   and any reply must be filed by **November 8, 2012.**  The motions

7   will be heard by the Court at the same time as the Final Pretrial

8   Conference.

9       IT IS SO ORDERED.

10  Dated: April 10, 2012

11

12  _____

13  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28