UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,    No. 2:09-cv-2257-MCE-DAD

    Plaintiff,

  v.    <u>AMENDED ORDER CONTINUING TRIAL</u>

BUTTE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the June 25, 2012 jury trial is vacated and continued to **January 14, 2013,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 1, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 3, 2012 Final Pretrial Conference is vacated and continued to **November 15, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **October 25, 2012.**

///

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 25, 2012.** Oppositions must be filed by **November 1, 2012** and any reply must be filed by **November 8, 2012.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: April 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE