IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON et al.,

        Plaintiffs,                  No. CIV S-09-2257 DAD P

    vs.

BUTTE COUNTY
SHERIFF'S DEP'T et al.,

        Defendants.            <u>ORDER</u>

/

        Counsel for plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment. Counsel has also requested that the court continue the law and motion hearing date scheduled in this matter from May 11, 2012, to May 25, 2012.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment (Doc. No. 48) is granted;

        2. Plaintiff's motion for the court to continue the law and motion hearing date scheduled in this matter from May 11, 2012, to May 25, 2012 (Doc. No. 48) is granted; and

/////

/////

/////

1

3.  Plaintiff shall file any opposition papers no later than fifteen (15) days prior to May 25, 2012 law and motion hearing date.  Defendants shall file a reply, if any, in accordance with Local Rule 230(d).

DATED: May 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
park2257.36opp

2