1 **ELLEN C. DOVE (SBN 64034)**
5325 Elkhorn Blvd., #160
2 Sacramento, CA 95842
Telephone No. (916) 331-0111
3 Facsimile No. (916) 726-8576

4 Attorney for Plaintiff

5 **MICHAEL R. DEEMS** SBN: 121413
Law Offices of Deems & Keller, LLP
6 55 Independence Circle, Suite 106
Chico, CA 95973
7 (530) 899-8040
Fax: (530) 345-3008
8

**BRUCE S. ALPERT** SBN: 075684
9 Butte County Counsel
25 County Center Drive, Suite 210
10 Oroville, California 95965
(530) 538-7621
11 Fax: (530) 538-6891

12 Attorneys for Defendants
BUTTE COUNTY SHERIFF'S DEPT.,
13 C.O. MARTEN AND CAPTAIN JERRY JONES

14

**JEROME M. VARANINI (SBN 58531)**
15 Trimble, Sherinian & Varanini
2500 Venture Oaks Way, Suite 350
16 P.O. Box 590
Sacramento, CA 95812-0590
17 Telephone: (916) 444-8271

18
Attorneys for Defendant
19 CALIFORNIA FORENSIC MEDICAL GROUP, INC.

20

21

22

23

24

25

26

27

28

**STIPULATION TO
CONTINUE TRIAL DATE
CV-09-02257-MCE-DAD P**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT S. PARKISON, JR., and Roes 1-10<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY SHERIFF'S DEPT., CORRECTIONAL OFFICER MARTEN, CAPTAIN JERRY JONES, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 2:09-cv-02257 MCE DAD P<br><br>STIPULATION AND ORDER TO MODIFY ORDER CONTINUING TRIAL<br><br>Trial Date:   March 18, 2013<br>Time:         9:00 a.m.<br>Judge:        Hon. Morrison C. England, Jr. |

Plaintiff Grant S. Parkison, Defendants Butte County Sheriff's Department, Correctional Officer Martin, Captain Jerry Jones (County Defendants) and California Forensic Medical Group, Inc. (CFMG) hereby stipulate and request that the Court modify the Order Continuing Trial (Docket No. 71) filed on October 3, 2012, due to the fact that counsel for plaintiff and counsel for the County Defendants have another trial scheduled to commence the same day before this Court. Counsel for defendant CFMG is willing to accommodate this request. This stipulation is filed pursuant to Federal Rule of Civil Procedure Rule 16(b)(4), Local Rules 143 and 144, on good cause as explained herein. No previous requests for modification of the scheduling order or for extensions of time have been made in this matter. The parties propose that trial be postponed to May 2013 or later, and that the pre-trial conference be continued to occur approximately thirty days before the continued trial date.

Both plaintiff counsel Ellen Dove and defense counsel Michael R. Deems represent plaintiffs and defendants respectively in a lawsuit pending before this Court, *Donald Nelson, et al. v. Butte County Sheriff's Dept., et al.*, Case No. 2:09-CV-02776 JAM EFB P. On August 7, 2012, Honorable Magistrate Judge Edmund F. Brennan scheduled the *Nelson v. Butte County Sheriff's Dept.* matter for trial to commence at 9:00 a.m. on March 18, 2013.

Ms. Dove also represents plaintiff Grant S. Parkison and Mr. Deems represents the County Defendants in the above captioned case. On October 3, 2012, an Order setting trial was filed in this matter, setting trial to begin March 18, 2013, before this Court. Therefore, there is good cause to

1  move the trial date in this matter so that Ms. Dove and Mr. Deems can be available for trial in both
2  cases.
3      Plaintiff's attorney Ellen Dove also is plaintiff counsel in Sacramento County Superior Court
4  case, *Fowler v. City of Citrus Heights* which is scheduled to commence trial on March 12, 2013.
5      Based on the foregoing, both plaintiff and the County Defendants respectfully request that
6  the Court continue the trial date in this matter, as well as all deadlines related to the trial date.

Dated: November 30, 2012         LAW OFFICE OF ELLEN DOVE

                                 By:  /s/ Ellen C. Dove

                                 ELLEN C. DOVE
                                 Attorney for Plaintiff
                                 (as authorized November 9, 2012)

Dated: November 30, 2012         DEEMS & KELLER, LLP

                                 By:  /s/ Michael R. Deems

                                 MICHAEL R. DEEMS
                                 Attorneys for County Defendants

Dated: November 30, 2012         TRIMBLE, SHERINIAN & VARANINI

                                 By:  /s/ Jerome M. Varanini

                                 JEROME M. VARANINI
                                 Attorney for Defendant California
                                 Forensic Medical Group, Inc.
                                 (as authorized November 16, 2012)

**IT IS SO ORDERED.**

Dated: November 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO**                      3.
**CONTINUE TRIAL DATE**
**CV-09-02257-MCE-DAD P**