UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,         No. 2:09-cv-02257-MCE-DAD

     Plaintiff,

  v.                             ORDER CONTINUING TRIAL

BUTTE COUNTY SHERIFF'S
DEPARTMENT, ET AL.,

     Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the March 18, 2013 jury trial was vacated pursuant to the Court's November 30, 2012 Order (ECF No. 73). The jury trial is reset for **January 27, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **October 31, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the January 24, 2013 Final Pretrial Conference is vacated and continued to **November 14, 2013, at 2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's Amended Pretrial Scheduling Order (ECF No. 47).

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 24, 2013.** Oppositions must be filed by **October 31, 2013** and any reply must be filed by **November 7, 2013.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: January 7, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE