1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  GRANT S. PARKISON, JR.,          No. 2:09-cv-02257-MCE-DAD

12           Plaintiff,

13      v.                           ORDER CONTINUING TRIAL

14  BUTTE COUNTY SHERIFF'S
    DEPARTMENT, ET AL.,
15
             Defendants.
16  _____/

17      YOU ARE HEREBY NOTIFIED the March 18, 2013 jury trial was

18  vacated pursuant to the Court's November 30, 2012 Order (ECF No.

19  73).  The jury trial is reset for **January 27, 2014**, at **9:00 a.m.**

20  in Courtroom 7.  The parties shall file trial briefs not later

21  than **October 31, 2013.**  Counsel are directed to Local Rule 285

22  regarding the content of trial briefs.

23      Accordingly, the January 24, 2013 Final Pretrial Conference

24  is vacated and continued to **November 14, 2013**, at **2:00 p.m.** in

25  Courtroom 7.  The Joint Final Pretrial Statement is due not later

26  than **October 24, 2013** and shall comply with the procedures

27  outlined in the Court's Amended Pretrial Scheduling Order (ECF

28  No. 47).

1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4      Any evidentiary or procedural motions are to be filed by

5  **October 24, 2013.**  Oppositions must be filed by **October 31, 2013**

6  and any reply must be filed by **November 7, 2013.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9      IT IS SO ORDERED.

10  Dated: January 7, 2013

11

12  _____

13  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28