IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,

        Plaintiff,                    No. 2:09-cv-02257 MCE DAD P

      v.

BUTTE COUNTY SHERIFF'S DEPT., et al.,

        Defendants.             <u>ORDER</u>

      Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 13, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 79) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The Findings and Recommendations (ECF No. 79) filed March 13, 2013, are ADOPTED IN FULL;

2. The county Defendants' motion for summary judgment (ECF No. 42) is GRANTED IN PART and DENIED IN PART as follows:

   a. Defendants' motion for summary judgment on Plaintiff's excessive use force claim against Defendant Marten is DENIED;

   b. Defendants' motion for summary judgment on Plaintiff's state law claims for assault and battery, violation of the Bane Act, and intentional infliction of emotional distress against Defendant Marten is DENIED;

   c. Defendants' motion for summary judgment on Plaintiff's deliberate indifference claims is GRANTED and insofar as Plaintiff's Complaint contains deliberate indifference claims against the county Defendants, those claims are DISMISSED;

   d. Defendants' motion for summary judgment on plaintiff's <u>Monell</u> claims is GRANTED and Defendants Butte County Sheriff's Department and Captain Jones are DISMISSED;

   e. Defendants' motion for summary judgment on Plaintiff's breach of contract claim is GRANTED; and

   f. Defendants' motion for summary judgment on Plaintiff's breach of the state court consent decree claim is GRANTED.

DATED:   March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE