IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,

      Plaintiff,                      No. 2:09-cv-02257 MCE DAD P

      v.

BUTTE COUNTY SHERIFF'S DEPT., et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 13, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 80) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The Findings and Recommendations (ECF No. 80) filed March 13, 2013, are ADOPTED IN FULL;

2. Defendant's Motion for Summary Judgment (ECF No. 31) is GRANTED to the extent plaintiff's complaint could be construed as presenting an inadequate medical care claim with respect to the administration and discontinuation of Trazodone during Plaintiff's confinement at the BCJ; and

3. Defendant's Motion for Summary Judgment (ECF. No. 31) is DENIED and the case will proceed on Plaintiff's claim that Defendant CFMG failed to treat and provide follow-up care with respect to his seizure disorder in violation of the Fourteenth Amendment and state law.

DATED:   March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE