IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANT S. PARKISON, JR.,

       Plaintiff,                No. 2:09-cv-2257 MCE DAD P

       vs.

BUTTE COUNTY SHERIFF'S DEPT., et al.,

       Defendants.        ORDER

/

       Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

       On July 23, 2013, the court advised the parties that it intended to set a mandatory settlement conference in this case and ordered the parties to inform the court in writing as to whether they wished to proceed with the settlement conference before the undersigned magistrate judge or if they wished to be referred to the court's mediation program.

       Counsel on behalf of plaintiff informally contacted the court to report that all of the parties have recently settled this matter and that, as a result, neither a settlement conference nor a trial will be necessary. Good cause appearing, the court will vacate its July 23, 2013 order. In addition, the court will order the parties to file dispositional documents in this case within sixty days of the date of this order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 23, 2013 order is vacated; and

2. The parties shall file all dispositional documents in this case within sixty days of the date of this order. Alternatively, if the dispositional documents are not ready by that time, the parties shall file a status report explaining the status of the parties' settlement agreement(s) and their dispositional documents.

DATED: July 25, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
park2257.scvac