**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
Tel:   (530) 538-7621
Fax:   (530) 538-6891

Attorneys for Defendants BUTTE COUNTY SHERIFF'S DEPT., CORRECTIONAL OFFICER MARTEN, and CAPTAIN JERRY JONES

Ellen C. Dove
5325 Elkhorm Blvd., #160
Sacramento, CA 95842
Tel: (916) 331-0111
Fax: (9160 726-8576

Attorney for Plaintiff GRANT S. PARKISON, JR.

Jerome M. Varanini
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95833
(916) 444-8271
(916) 442-5750 (fax)

Attorney for Defendant CALIFORNIA FORENSIC MEDICAL GROUP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT S. PARKISON, JR., | CASE NO. 2:09-cv-02257-MCE-DAD |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| BUTTE COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GRANT S. PARKISON, JR. by and through his undersigned counsel, and Defendants BUTTE COUNTY SHERIFF'S DEPT., CORRECTIONAL OFFICER MARTEN, and CAPTAIN JERRY JONES by and through their undersigned counsel, and Defendant CALIFORNIA FORENSIC MEDICAL GROUP by and through its undersigned counsel, that all of the claims by Plaintiff GRANT S. PARKISON, JR. alleged against Defendants BUTTE COUNTY SHERIFF'S DEPT., CORRECTIONAL OFFICER MARTEN, and CAPTAIN JERRY JONES, and Defendant CALIFORNIA FORENSIC MEDICAL GROUP be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

                                    Respectfully submitted,

Dated: September 23, 2013           PORTER SCOTT
                                    A PROFESSIONAL CORPORATION

                                    By      /s/ John R. Whitefleet
                                            John R. Whitefleet
                                            Attorney for Defendants BUTTE COUNTY
                                            SHERIFF'S DEPT., CORRECTIONAL OFFICER
                                            MARTEN, CAPTAIN JERRY JONES


Dated: September 23, 2013           TRIMBLE, SHERINIAN & VARANINI

                                    By      /s/ Jerome M. Varanini (as authorized on 9/23/13)
                                            Jerome M. Varanini
                                            Attorney for Defendant CALIFORNIA FORENSIC
                                            MEDICAL GROUP


Dated: September 23, 2013           Law Offices of Ellen C. Dove

                                    By      /s/ Ellen C. Dove (as authorized on 9/23/13)
                                            Ellen C. Dove
                                            Attorney for Plaintiff


                                            **ORDER**

        IT IS SO ORDERED.

Dated:  September 26, 2013

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT